

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-11-00458-CV

IN THE MATTER OF
D.M.D.W.

------------

FROM THE 323RD DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1]

------------

Appellant D.M.D.W. filed a notice of appeal on October 25, 2011. On November 1, 2011, after this court was informed that appellant's case remained pending in the trial court, we sent appellant's counsel a letter stating our concern that we lacked jurisdiction over the appeal because it appeared that there was no final judgment or order subject to appeal and that appellant's notice of appeal was therefore premature. *See* Tex. R. App. P. 26.1(a), 27.1(a). We informed

------------

[1]*See* Tex. R. App. P. 47.4.

appellant's counsel that the parties had until November 21, 2011, to furnish this court with a signed copy of the order that appellant seeks to appeal or this appeal would be dismissed for want of jurisdiction. *See* Tex. R. App. P. 44.3, 44.4(a)(2). We have received no response. Therefore, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f).

PER CURIAM

PANEL: MCCOY, MEIER, and GABRIEL, JJ.

DELIVERED: December 22, 2011